# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,   CIVIL ACTION NO.: 10-11595

    Plaintiff,   HON.: PATRICK J. DUGGAN

vs.

JOHN GORNIAK, A.K.A. JOHN F. GORNIAK,

    Defendant.

_____/

## ORDER FOR ALTERNATE SERVICE

AT A SESSION OF SAID COURT HELD IN
THE U.S. COURTHOUSE, DETROIT, MICHIGAN
ON_____

After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant John Gorniak, a.k.a. John F. Gorniak cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following methods(s):

    a.  X  First class mail to 13261 Westminister Dr., Sterling Heights, MI 48313.

    b.  X  Certified Mail, Return Receipt Requested.

    c.  X  Tacking or firmly affixing to the door at 13261 Westminister Dr., Sterling Heights, MI 48313.

d. ☐ Other:_____

_____

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the Court.

s/Patrick J. Duggan<br>
Patrick J. Duggan<br>
United States District Judge

Dated: June 24, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 24, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem<br>
Case Manager

2010A24307